AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

RECEIVED
JUN - 6 2018
U.S. MARSHALS W/AR

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | No. 2:18CR20010-008 |
| April Jo Thompson | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **April Jo Thompson**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

One count of conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), all in violation of Title 21 U.S.C. § 846; and one count of knowingly and intentionally distributing a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21 U.S.C. § 841(a)(1).

Date: June 6, 2018

_____
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Douglas F. Young, U.S. Clerk
*Printed name and title*

---

Return

This warrant was received on *(date)* June 6, 2018 and the person was arrested on *(date)* August 4, 2018
at *(city and state)* Hampton, Arkansas

Date: August 6, 2018

_____
*Arresting officer's signature*

Mel Zarvez, Deputy U.S. Marshal
*Printed name and title*

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Aug 6, 2018
OFFICE OF THE CLERK